Michael F. Wright
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067
Tel.: (310) 734-3268
Fax: (310) 734-3168
mwright@steptoe.com
Attorney for Plaintiff

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F. Wright, as the Personal Representative of the Estate of Vivian B. Joiner,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No.: CV 08-01812 GW (Ex)<br><br>**JUDGMENT** |

On May 11, 2009, this action came before the Court, The Hon. George H. Wu, United States District Judge, Presiding, on Cross-Motions for Summary Judgment. The evidence, legal authorities and oral arguments of counsel having been fully considered, the issues having been duly heard and a decision duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Michael F. Wright recover against Defendant United States of America the amount of $149,461.67, together with interest as allowed by law.

DATED: May 15, 2009

_____
The Hon. George H. Wu
United States District Judge

Presented by:

_____/S/_____
Michael F. Wright
Attorney for Plaintiff